**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC,<br><br>       Plaintiffs,<br><br>   v.<br><br>SHARKNINJA OPERATING LLC, a Massachusetts LLC,<br><br>       Defendant. | Case No. 2:14-cv-03954-DDP-AJW<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL:  PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE THE EXPERT TESTIMONY OF SARAH BUTLER [213]** |

TROJAN LAW OFFICES
BEVERLY HILLS

The Court, having read and considered Plaintiffs Homeland Housewares, LLC and Nutribullet, LLC's (collectively "Homeland") Application To File Under Seal, hereby **GRANTS** Homeland leave to file the following documents under seal:

PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE THE EXPERT TESTIMONY OF SARAH BUTLER.

**IT IS SO ORDERED**.

Dated: July 26, 2016

_____
Honorable Dean D. Pregerson
United States District Judge

TROJAN LAW OFFICES
BEVERLY HILLS