R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang CA Bar No. 223,455
dang@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

Attorneys for Plaintiffs,
HOMELAND HOUSEWARES, LLC AND
NUTRIBULLET, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHARKNINJA OPERATING LLC, a Massachusetts LLC,<br><br>Defendant. | CASE NO. 14-cv-03954-DDP-AJW<br><br>**PLAINTIFFS' NOTICE OF MOTIONS AND MOTIONS IN LIMINE NOS. 1-6**<br><br>Pre-Trial Conf. Date: August 29, 2016<br>Trial Date: September 13, 2016<br>Place: 312 N. Spring Street, Courtroom 3<br><br>**The Hon. Dean D. Pregerson** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 29, 2016 at 11:00 a.m. or as soon thereafter as the matter may be heard by the Hon. Dean D. Pregerson in the above-entitled Court, Plaintiffs Homeland Housewares, LLC and NutriBullet, LLC ("Homeland") will and hereby do move the Court *in limine* to exclude Defendant SHARKNINJA OPERATING LLC ("SharkNinja") from offering: 1) Consumers Report documents; 2) NPD data; 3) evidence and arguments concerning its Unclean Hands defense; 4) SharkNinja's documents EP0063797 and EP0058536-58539; 5) SharkNinja's "Photograph of NutriBullet RX Box"; and 6) SharkNinja's trademark registrations for "Pulse Technology" and "Sip & Seal™ Lids" at trial.

This motion is made pursuant to conference of counsel on August 2, 2016.

The Motion is based upon (1) this Notice of Motions and Motions, (2) the accompanying Memorandum of Points and Authorities, (3) the Declaration Dylan C. Dang and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

TROJAN LAW OFFICES
by

August 8, 2016

/s/R. Joseph Trojan
R. Joseph Trojan
Attorney for Plaintiffs,
HOMELAND HOUSEWARES, LLC AND NUTRIBULLET, LLC

-1-